**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-00643-WJM-MEH

JOHN SMILEY, Chapter 7 Bankruptcy Trustee

      Plaintiff,

v.

STERLING AUTO SALES, LLC, a Colorado limited liability company

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed May 16, 2012 (ECF No. 13). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 17th day of May, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge